UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRES CASTILLO AREDONDO, | Case No. 2:25-cv-01838-TMC |
| Petitioner, | STIPULATED MOTION AND EXPEDITED BRIEFING SCHEDULE |
| v. | |
| TODD LYONS, *et al.*, | |
| Respondents. | |

**ORDER**

The parties having stipulated and agreed, Dkt. 7, it is hereby so **ORDERED**. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return Memorandum | October 8, 2025 |
| Petitioner's Response | October 9, 2025 |

The Motion for Temporary Restraining Order (Dkt. Nos. 5 & 6) is withdrawn.

STIPULATED MOTION AND EXPEDITED BRIEFING SCHEDULE
[Case No. 2:25-cv-01838-TMC] - 1

1

2   DATED this 6th day of October, 2025,

3

4   _____
    Tiffany M. Cartwright
5   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND EXPEDITED BRIEFING SCHEDULE
[Case No. 2:25-cv-01838-TMC] - 2