# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDRES CASTILLO AREDONDO<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>TODD LYONS, et al<br><br>　　　　　　　　Respondent | JUDGMENT IN A CIVIL CASE<br><br>Case Number 2:25-cv-01838-TMC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. The petition for writ of habeas corpus (Dkt. 1) is GRANTED IN PART and DENIED IN PART.
2. Within 7 days of this Order, Respondents (and all their officers, agents, employees, or other persons acting on their behalf or in concert with them) must either release Petitioner Andres Castillo Aredondo from detention or provide him a bond hearing on the merits pursuant to 8 U.S.C. § 1226(a).

Dated October 15, 2025.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　/s/Patrick Sherwood
　　　　　　　　　　　　　　　　　　　Deputy Clerk